THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRED W. MARTIN, Appellant.

*People* v. *Martin,* 162 App. Div. 908, affirmed.
(Submitted June 9, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1914, which affirmed a judgment of the Court of General Sessions of the Peace rendered upon a plea by defendant of guilty of forgery in the second degree.

*Charles G. F. Wahle* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Not voting: HISCOCK, J.